BRETT TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
DISTRICT COURT

2006 AUG 30  P 2: 08

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  <br><br>Plaintiff,  :  <br>:  <br>vs.  :  <br>:  <br>JUSTIN BLAKE JOHNSON,  :  <br>:  <br>:  <br>Defendant.  : | Judge Paul G. Cassell<br>DECK TYPE: Criminal<br>DATE STAMP: 08/30/2006 @ 12:36:59<br>CASE NUMBER: 2:06CR00607  PGC<br><br>INDICTMENT<br><br>VIO: 18 U.S.C. § 2422(b),<br>Coercion and Enticement For Illegal<br>Sexual Activity |

The Grand Jury charges:

COUNT I
(18 U.S.C. § 2422(b))

On or about, August 21, 2006, in the Central Division of the District of Utah,

JUSTIN BLAKE JOHNSON

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a

criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

BRETT TOLMAN
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney